IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 8:26-PO-115 (DJS) |
| **v.** | |
| **DIANA CHAHAT KLAIR,** | Violation: 8 U.S.C. § 1325(a)(1) [Entry Without Inspection] |
| **Defendant.** | |
| | One Count |
| | County of Offense: Clinton |

**INFORMATION:**

**COUNT 1**
[**Entry Without Inspection**]

On or about September 25, 2026, in Clinton County in the Northern District of New York, the defendant, **DIANA CHAHAT KLAIR**, an alien, native and citizen of India, entered, and attempted to enter, the United States at any time or place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1).

Dated: October 23, 2026

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant U.S. Attorney

By: /s/ *Richard Belliss*
Richard Belliss
Assistant United States Attorney
Bar Roll No. 515295